In the Matter of the Accounting of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee of Trusts under the Will of THERON R. BUTLER, Deceased.

ALICE G. HOFFMAN et al., Respondents.

*Appeal — appellant not party aggrieved.*

Reported below, 190 App. Div. 494.

(Submitted May 3, 1920; decided May 7, 1920.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1920, which reversed a decree of the New York County Surrogate's Court directing that the proceeds of the sale of certain stock belonging to the estate of Theron R. Butler, deceased, be credited to principal.

The motion was made upon the ground that the appellant had no appealable interest and was not a party aggrieved.

*Herbert K. Stockton* for motion.

*W. A. W. Stewart* opposed.

Motion denied, with ten dollars costs.